JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| BENJAMIN ROBLES<br><br>　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>　　　　Defendants. | No. CV 20-01775 SVW (MAAx)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>Honorable Stephen V. Wilson<br>United States District Judge |

1     Having considered the parties' Stipulation of Dismissal of Action with Prejudice,
IT IS HEREBY ORDERED THAT:

1. The above-captioned action is dismissed with prejudice in its entirety.
2. Each party shall bear their own costs, fees, and expenses.
3. The Court shall retain jurisdiction for 45 days.

Dated:   September 22, 2020

                                                  Honorable Stephen V. Wilson
                                                  United States District Judge